# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150341

In re A. LAROCK, Minor.

SC: 150341
COA: 323347
Jackson CC Juvenile Division:
13-000141-NA

_____/

On order of the Court, the application for leave to appeal the September 17, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for plenary consideration.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2014



Clerk

s1118